S. LANE TUCKER
United States Attorney

MORGAN J. WALKER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: morgan.walker@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | No. 4:24-cr-00019-RRB-SAO |
|---|---|
| Plaintiff, | COUNT 1:<br>FELON IN POSSESSION OF A FIREARM<br>  Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8) |
| vs. | |
| GEORGE MOISES ROMERO JR, | |
| Defendant. | COUNT 2:<br>VIOLENT FELON IN POSSESSION OF BODY ARMOR<br>  Vio. of 18 U.S.C. §§ 931(a)(1) and 924(a)(7) |
| | CRIMINAL FORFEITURE ALLEGATIONS:<br>  18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Fed. R. Cri. P. 32.2(a) |

**INDICTMENT**

The Grand Jury charges that:

## COUNT 1

On or about June 6, 2024, within the District of Alaska, the defendant, GEORGE MOISES ROMERO JR, knowing that he had previously been convicted by any court of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, firearms, to wit: one Glock pistol, one Ruger pistol, and one Taurus pistol.

### Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| October 20, 2006 | Murder in the Second Degree | Superior Court for the State of Alaska | 3AN-05-12027CR |
| October 20, 2006 | Robbery in the Second Degree | Superior Court for the State of Alaska | 3AN-05-12027CR |
| October 20, 2006 | Assault in the Third Degree | Superior Court for the State of Alaska | 3AN-05-12027CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## COUNT 2

On or about June 6, 2024, within the District of Alaska, the defendant, GEORGE MOISES ROMERO JR, knowing that he had previously been convicted by any court of a crime of violence punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, body armor.

Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| October 20, 2006 | Robbery in the Second Degree | Superior Court for the State of Alaska | 3AN-05-12027CR |

All of which is in violation of 18 U.S.C. §§ 931(a)(1) and 924(a)(7). (a)(1) and 924(a)(7).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 and Count 2 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction for the offenses in violation of 18 U.S.C. § 922(g)(1) set forth in Count 1 of this Indictment, the defendant, GEORGE MOISES ROMERO JR, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) any firearms and ammunition involved in and used in the knowing commission of the offense, including but not limited to:

1. Taurus Spectrum, .380 Caliber, Pistol, s/n: JJ005415
2. Glock 20, 10mm Auto, Pistol, s/n: BETN397
3. Ruger Super Blackhawk, .454 Casull, Pistol, s/n: 88-79723
4. Any and all associated magazines and ammunition.

All pursuant to 18 U.S.C. § 924(d) and (2), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL.

<u>s/ Grand Jury Foreperson</u>
GRAND JURY FOREPERSON

<u>s/ Carly Vosacek  for</u>
MORGAN J. WALKER
Assistant U.S. Attorney
United States of America

<u>s/ Kate Vogel for</u>
S. LANE TUCKER
United States Attorney
United States of America

DATE: <u>    11/19/24    </u>