# UNITED STATES DISTRICT COURT
for the
District of Alaska

FID: 11740746
USMS:
Warrant: 2506-1121-0170-J
NCIC: Not entered by USMS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) ) ) |
| GEORGE MOISES ROMERO, JR. | ) |
| *Defendant* | |

Case Number: 4:24-CR-00019-RRB-SAO

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* GEORGE MOISES ROMERO, JR.,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:922(g)(1) and 924(a)(8) Felon in Possession of a Firearm – Ct 1
18:931(a)(1) and 924(a)(7) Violent Felon in Possession of Body Armor – Ct 2

Date: November 21, 2024

By: s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Candice Duncan, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 11/21/2024, and the person was arrested on *(date)* 11/26/2024
at *(city and state)* Fairbanks, AK.

Date: 11/26/2024

Federal WRIT/DETAINER
*Arresting officer's signature*

G. Adrien(USMS) federal WRIT
*Printed name and title*